*Friday, November 12, 1999*

## MOTION DOCKET

**98–2531.   Natl. City Bank v. Beyer.**
Huron App. No. H–98–006. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Huron County. Upon consideration of the motion of appellees/cross-appellants Sophie Beyer et al. to extend time for oral argument to thirty minutes,

IT IS ORDERED by the court that the motion to extend time for oral argument be, and hereby is, denied.

**99–291.   Ohio State Atty. Gen. Montgomery v. John Doe 26.**
Franklin App. Nos. 98AP–534 and 98AP–623. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

IT IS ORDERED by the court, *sua sponte*, that oral argument scheduled for November 17, 1999, be postponed until further order of the court.

*Monday, November 15, 1999*

## MOTION DOCKET

**98–2054.   Shemo v. Mayfield Hts.**
Cuyahoga App. No. 73241.

This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellees' motion to extend time for oral argument for an additional fifteen minutes,

IT IS ORDERED by the court that the motion to extend time for oral argument be and hereby is granted to the extent that oral argument is extended to twenty minutes per side.

*Tuesday, November 16, 1999*

## MISCELLANEOUS DISMISSALS

**99–1122.   Lake Metroparks Bd. of Commrs. v. Norfolk & W. Ry. Co.**
Lake App. Nos. 98–L–081 and 98–L–119. This cause is pending before the court as an appeal from the Court of Appeals for Lake County. It appears from the records of this court that appellant has not filed a merit brief, due November 10, 1999, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective November 15, 1999.

**99–1717.   A.B. REO VI, L.L.C. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 97–N–1674. This cause is pending before the court as an appeal from the Board of Tax Appeals. It appears from the records of this court that appellant has not filed a merit brief, due November 8, 1999, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective November 15, 1999.